IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**JELTRETA TEJEDA**,

    Plaintiff,

v.

**MARK PIDDINGTON**,

    Defendant.

Civ. No. 1:23-cv-01020-AA

**JUDGMENT**

_____

AIKEN, District Judge:

    Pro se plaintiff Jeltreta Tejeda seeks leave to proceed *in forma pauperis* ("IFP") in this action. ECF No. 2. On November 8, 2023, the Court ordered plaintiff to file an amended complaint within thirty days, or else the case would be dismissed with prejudice. ECF No. 5. Plaintiff failed to file an amended complaint.

    JUDGMENT: Plaintiff's complaint, ECF No. 1, is DISMISSED with prejudice. The case is dismissed. The clerk is directed to close the case.

    DATED this  29th  day of February 2024.

                                                    /s/Ann Aiken

                                                    Ann Aiken
                                                    United States District Judge